IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :    CHAPTER 13
                                 :
Shawn M. Dyches                  :    NO. 14-19176-MDC
                                 :
Debtor                           :

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, by her attorney, David M. Offen, has filed a Motion to Approve Loan Modification.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 29, 2016, you or your attorney must do all of the following;

(a) file an answer explaining your position at
    Office of the Clerk
    U.S. Bankruptcy Court
    Suite 400
    900 Market Street
    Philadelphia, Pa. 19107

If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movants Attorney;
    David M. Offen, Esquire
    Suite 160 West, The Curtis Center
    601 Walnut Street
    Philadelphia, Pa. 19106

    William C. Miller, Trustee
    P.O. Box 40119
    Philadelphia, PA  19106-0119

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on September 8, 2016, at 11:00 AM in Courtroom #2, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.