# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Shawn M. Dyches, | : | |
| Debtor. | : | Bankruptcy No.   14-19176- MDC |

# **O R D E R**

**AND NOW**, this 9th day of September, 2016, it is hereby **ORDERED** that if Shawn M. Dyches (the "Debtor") and Midland Mortgage ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David M. Offen, Esquire
The Curtis Center, Suite 160 West
601 Walnut Street
Philadelphia, PA   19106

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA   19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Courtroom Deputy
Eileen Godfrey