Jamie D. Hanawalt (SBN 309934)
jhanawalt@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re | Case No. 14-19176-mdc |
| SHAWN M. DYCHES, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on May 4, 2017 in connection with Claim No. 7 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error as a loan modification has just been entered into between Creditor and Debtor.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: July 31, 2017        /s/ Jamie D. Hanawalt
                            JAMIE D. HANAWALT
                            **ATTORNEY FOR MIDFIRST BANK**

- 1 -        CASE NO. 14-19176-MDC
**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re<br>SHAWN M. DYCHES,<br>　　　　Debtor(s). | Case No. 14-19176-mdc<br>Chapter 13<br>**PROOF OF SERVICE** |

I, Daniel K. Park, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On July 31, 2017, I served the WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

　　　　　　　　　　　　　　　　　　/s/*Daniel K. Park*
　　　　　　　　　　　　　　　　　　DANIEL K. PARK

- 1 -

PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)
(VIA US MAIL)**

Shawn M. Dyches
202 Stearly Street
Philadelphia, PA 19111

**DEBTOR(S) ATTORNEY
(VIA ELECTRONIC NOTICE)**

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com

**CHAPTER 13 TRUSTEE
(VIA ELECTRONIC NOTICE)**

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

- 2 -

PROOF OF SERVICE