```
                   IN THE UNITED STATE BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In Re    Shawn M. Dyches                  )  Chapter 13
                                             )
           Debtor                            )  No. 14-19176-MDC
                                             )
                                             )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor