IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Shawn M. Dyches           :    No. 14-19176-MDC
         Debtor

O R D E R

AND NOW, this 7th day of December, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $20,534.79 has been paid to the Trustee and the Debtor shall pay $505.00 per month for 25 additional months for a total base amount of $33,159.79 over the 60 month plan and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE