```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                               Case No. 14-19176-mdc
Shawn M. Dyches                                                      Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett             Page 1 of 2             Date Rcvd: Dec 11, 2017
                               Form ID: pdf900             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db             +Shawn M. Dyches,    202 Stearly Street,    Philadelphia, PA 19111-5915
13469879       +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13426541       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13426543        Internal Revenue Service,    ACS SUPPORT - STOP 5050,    PO BOX 21236,
                 Kansas City, MO 64121-9236
13426545       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13468513        Lankenau Medical Center,    P.O. Box 8500-1145,    Philadelphia, PA 19178-1145
13502069       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13426546       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13426547       +Mrs Bpo Llc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13426548       +Payliance,    3 Easton Oval Ste 310,    Columbus, OH 43219-6011
13426550        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13426551       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13426552       +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
13476346       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13426554       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13426556       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 01:13:33      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2017 01:13:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2017 01:14:28      Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13509806       +E-mail/Text: g20956@att.com Dec 12 2017 01:13:48      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13483529       +E-mail/Text: bnc@atlasacq.com Dec 12 2017 01:13:27      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13496834        E-mail/Text: bankruptcy@phila.gov Dec 12 2017 01:13:43      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13426539       +E-mail/Text: mrdiscen@discover.com Dec 12 2017 01:13:27      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13426540       +E-mail/Text: bknotices@checkassistflorida.com Dec 12 2017 01:13:49      ESM Enterprises,
                 PO Box 11128,    Pensacola, FL 32524-1128
13493315        E-mail/Text: cio.bncmail@irs.gov Dec 12 2017 01:13:28      IRS,    PO BOX 7346,
                 PHILA PA 19101-7346
13426544       +E-mail/Text: vivian@interstatecredit.net Dec 12 2017 01:13:40      Interstate Credit & Co,
                 21 W Fornance St,    Norristown, PA 19401-3300
13432521        E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2017 01:14:28      Orion,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13426549       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 12 2017 01:13:29      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13426555        E-mail/Text: james.feighan@phila.gov Dec 12 2017 01:13:49      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                                TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13426542*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13426553*      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
13426538     ##+Allied Interstate LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2              User: Antoinett           Page 2 of 2              Date Rcvd: Dec 11, 2017
                                  Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Shawn M. Dyches : No. 14-19176-MDC
Debtor

ORDER

AND NOW, this 7th day of December, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $20,534.79 has been paid to the Trustee and the Debtor shall pay $505.00 per month for 25 additional months for a total base amount of $33,159.79 over the 60 month plan and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE