# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Shawn M. Dyches aka Shawn Howell
              Debtor

MidFirst Bank
        v.
Shawn M. Dyches aka Shawn Howell
        and
William C. Miller Esq.
        Trustee

Chapter 13

NO. 14-19176 MDC

## ORDER

AND NOW, this 12th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 28, 2015 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 202 Stearly Street Philadelphia, PA 19111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Shawn M. Dyches aka Shawn Howell
202 Stearly Street
Philadelphia, PA 19111

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 1910

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532