IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| PRESTIGE FINANCIAL SERVICES ) | |
| **Moving Party** ) | Case No.: 14-19176 (MDC) |
| ) | |
| v. ) | |
| ) | **Hearing Date: 9-10-19 at 10:30 AM** |
| SHAWN M. DYCHES ) | |
| **Respondent** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Prestige Financial Services and the Debtors in settlement of the Motion For Stay Relief, and filed on or about September 9, 2019 in the above matter is APPROVED.

Dated: September 23, 2019

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE