IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn M. Dyches | : | No. 14-19176-MDC |
| Debtor | : | |

O R D E R

AND NOW, this 4th day of December, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:
William C. Miller, Esq., Trustee

David M. Offen, Esquire

Shawn M. Dyches

PAYROLL CONTROLLER
Abington Memorial Hospital
1200 Old York Road
Philadelphia, PA 19001