IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES )<br>**Debtor** )<br>)<br>PRESTIGE FINANCIAL SERVICES )<br>**Moving Party** )<br>)<br>v. )<br>)<br>SHAWN M. DYCHES )<br>**Respondent** )<br>)<br>WILLIAM C. MILLER )<br>**Trustee** )<br>)<br>_____ ) | CHAPTER 13<br><br>Case No.: 14-19176 (MDC)<br><br><br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Prestige Financial Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Honda Civic** bearing vehicle identification number 19XFB2F54FE238324 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: December 17, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE