United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shawn M. Dyches  
     Debtor

Case No. 14-19176-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db           +Shawn M. Dyches,   202 Stearly Street,   Philadelphia, PA 19111-5915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DAVID M. OFFEN    on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Prestige Financial Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                  TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHAWN M. DYCHES ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| PRESTIGE FINANCIAL SERVICES ) | |
| **Moving Party** ) | Case No.: 14-19176 (MDC) |
| ) | |
| v. ) | |
| ) | |
| SHAWN M. DYCHES ) | |
| **Respondent** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Prestige Financial Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Honda Civic** bearing vehicle identification number 19XFB2F54FE238324 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: December 17, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE