United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-19176-mdc
Shawn M. Dyches                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db          +Shawn M. Dyches,    202 Stearly Street,    Philadelphia, PA 19111-5915
cr          +Prestige Financial Services,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13426538    +Allied Interstate LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
13469879    +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13426541    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13426543     Internal Revenue Service,    ACS SUPPORT - STOP 5050,    PO BOX 21236,
              Kansas City, MO 64121-9236
13426545    +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
13468513     Lankenau Medical Center,    P.O. Box 8500-1145,    Philadelphia, PA 19178-1145
13502069    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13426546    +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13426547    +Mrs Bpo Llc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13426548    +Payliance,    3 Easton Oval Ste 310,    Columbus, OH 43219-6011
13426550     Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13426551    +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14357721    +Prestige Financial Services,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,    110 Marter Avenue,
              Suite 301,    Moorestown, NJ 08057-3125
13476346    +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13426554    +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13426556    +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:56     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:14     Pennsylvania Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:57     Orion,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13509806    +E-mail/Text: g20956@att.com Jan 17 2020 03:45:02     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
13483529    +E-mail/Text: bnc@atlasacq.com Jan 17 2020 03:43:27     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13496834     E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:56     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13426539    +E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13426540    +E-mail/Text: bknotices@checkassistflorida.com Jan 17 2020 03:45:06     ESM Enterprises,
              PO Box 11128,    Pensacola, FL 32524-1128
13493315     E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 03:43:36     IRS,   PO BOX 7346,
              PHILA PA 19101-7346
13432521     E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:14     Orion,
              c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13426549    +E-mail/Text: bankruptcygroup@peco-energy.com Jan 17 2020 03:43:38     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
13426555     E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:56     Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13426542*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13426553*       +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
13426544      ##+Interstate Credit & Co,    21 W Fornance St,    Norristown, PA 19401-3300
13426552      ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN     on behalf of Debtor Shawn M. Dyches dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO     on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Prestige Financial Services
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shawn M. Dyches
          Debtor(s)                                    Bankruptcy No: 14–19176–mdc
                                                                  Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                           Timothy B. McGrath
                                                             Clerk of Court

Dated: 1/16/20

                                                                                       88 – 86
                                                                    Form 138_new